# UNITED STATES DISTRICT COURT
for the
District of Arizona

| | |
|---|---|
| United States of America<br>v.<br>Ruben Solis Trejo,<br>a.k.a.: Ruben Solis-Trejo,<br>(A088 027 011)<br>*Defendant* | )<br>)<br>) Case No. 18-8270 MJ<br>)<br>)<br>) |

## CRIMINAL COMPLAINT

I, the complainant in this case, state that the following is true to the best of my knowledge and belief.

On or about the date of August 2, 2018, in the County of Maricopa, in the District of Arizona, the defendant violated Title 8, U.S.C. § 1326(a), an offense described as follows:

Ruben Solis Trejo, an alien, was found in the United States of America, at or near Phoenix, in the District of Arizona, after having been previously denied admission, excluded, deported, and removed from the United States at or near Naco, Arizona, on or about July 14, 2009, and not having obtained the express consent of the Secretary of the Department of Homeland Security to reapply for admission thereto; in violation of Title 8, United States Code, Section 1326(a). I further state that I am a Deportation Officer.

This criminal complaint is based on these facts:
**See Attached Statement of Probable Cause Incorporated By Reference Herein**

REVIEWED BY:  Charles E. Bailey, P.S. for AUSA Sheila A. Phillips

☒ Continued on the attached sheet.

*Complainant's signature*

Javier M. Leon,
Deportation Officer
*Printed name and title*

Sworn to before me and signed in my presence.

Date: August 6, 2018

*Judge's signature*

John Z. Boyle,
United States Magistrate Judge
*Printed name and title*

City and state:  Phoenix, Arizona

## STATEMENT OF PROBABLE CAUSE

I, Javier M. Leon, being duly sworn, hereby depose and state as follows:

1. Your affiant is a Deportation Officer with United States Immigration and Customs Enforcement (ICE). I have learned from direct participation in the investigation and from the reports and communications of other agents and officers the facts recited herein.

2. On August 2, 2018, Ruben Solis Trejo was arrested by the Mesa Police Department and booked into the Maricopa County Jail (MCJ) on local charges. While incarcerated at the MCJ, Solis Trejo was examined by an ICE Officer S. Black who determined Solis Trejo to be a citizen of Mexico, illegally present in the United States. On the same date, an immigration detainer was lodged with the county jail. On August 5, 2018, Solis Trejo was released from the MCJ and transported to the Phoenix ICE office for further investigation and processing. Solis Trejo was held in administrative custody until his criminal and immigration records could be obtained and his identity confirmed.

3. Immigration history checks revealed Ruben Solis Trejo to be a citizen of Mexico and a previously deported criminal alien. Solis Trejo was removed from the United States to Mexico at or near Naco, Arizona, on or about July 14, 2009, pursuant to the reinstatement of an order of removal issued by an immigration judge. There is no record of Solis Trejo in any Department of Homeland Security database to suggest that he obtained permission from the Secretary of the Department of Homeland

Security to return to the United States after his removal. Solis Trejo's immigration history was matched to him by electronic fingerprint comparison.

4. On August 5, 2018, Ruben Solis Trejo was advised of his constitutional rights. Solis Trejo freely and willingly agreed to provide a statement under oath. However, when asked if he was willing to make a statement without anyone present, Solis Trejo answered "no." Solis Trejo then proceeded to answer questions and signed his statement.

5. For these reasons, this affiant submits that there is probable cause to believe that on or about August 2, 2018, Ruben Solis Trejo, an alien, was found in the United States of America, at or near Phoenix, in the District of Arizona, after having been previously denied admission, excluded, deported, and removed from the United States at or near Naco, Arizona, on or about July 14, 2009, and not having obtained the express consent of the Secretary of the Department of Homeland Security to reapply for admission thereto; in violation of Title 8, United States Code, Section 1326(a).

_____
Javier M. Leon,
Deportation Officer,
Immigration and Customs Enforcement


Sworn to and subscribed before me
this 6th day of August, 2018.

_____
John Z. Boyle,
United States Magistrate Judge